**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 18-1590**

---

In re:  WILLIAM DEAN CHAPMAN,

Petitioner.

---

On Petition for Writ of Mandamus.  (1:13-cr-00233-CMH-1)

---

Submitted:  July 19, 2018                                        Decided:  July 23, 2018

---

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

William Dean Chapman, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Dean Chapman petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for reconsideration. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*